In the Matter of Proving the Last Will and Testament of
ISABELLA P. SARAUW, Deceased.

CHARLES PRUYN, as Executor, etc., Appellant, *v.* FREDERICK W. SARAUW, Respondent.

(Argued January 23, 1891; decided February 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court it the third judicial department, entered upon an order made May 27, 1889, which affirmed a decree of the surrogate of Albany county.

*W. H. Van Steenbergh* for appellant.

*Charles H. Mills* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.